**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jorge Luis SALAZAR, Defendant–
Appellant.**

**No. 06–41350.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 2, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Garcia & Garcia, Laredo, TX, for Defendant–Appellant.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Defendant–Appellant Jorge Luis Salazar appeals the sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute 500 grams or more of cocaine and 100 kilograms or more of marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B), and possession of a firearm in furtherance of a

---

drug trafficking offense, in violation of 18 U.S.C. §§ 924(c) and 2. Salazar contends that the district court clearly erred in denying him a minor role adjustment to his offense level.

The record demonstrates that Salazar not only took care of the house where the drugs and firearms were kept, but also assisted others in weighing and packaging the drugs for distribution. Even though Salazar's role might have been only one part of the distribution scheme, his participation was clearly "coextensive with the conduct for which he was held accountable," *United States v. Garcia*, 242 F.3d 593, 598–99 (5th Cir.2001), and not merely peripheral to the advancement of the illicit activity, *United States v. Miranda*, 248 F.3d 434, 446–47 (5th Cir.2001).

Salazar's conviction and sentence are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.